IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KRYSTEN E. GREER,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| vs. | )    Civil No. 19-cv-1374-MAB |
| | ) |
| **COMMISSIONER of SOCIAL SECURITY,** | ) |
| | ) |
|    **Defendant.** | ) |

## MEMORANDUM AND ORDER

**BEATTY, Magistrate Judge:**

Before the Court is the parties' Joint Motion for Remand for Further Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g). [1] (Doc. 27).

The parties ask that this case be remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A sentence four remand (as opposed to a sentence six remand) depends upon a finding of error, and is itself a final, appealable order. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991); *Perlman v. Swiss Bank Corporation Comprehensive Disability Protection Plan*, 195 F.3d 975, 978 (7th Cir. 1999). Upon a sentence four remand, judgment should be entered in favor of Plaintiff. *Shalala v. Schaefer*, 509 U.S. 292, 302-303 (1993).

The parties agree that, upon remand:

> The ALJ will evaluate CRPS/chronic pain syndrome at Step Two; evaluate the claimant's RFC, with citation to the medical evidence that supports each

---

[1] This case was assigned to the undersigned for final disposition upon consent of the parties pursuant to 28 U.S.C. §636(c). *See*, Docs. 8, 16.

limitation assessed and with consideration for all the claimant's impairments; evaluate the record medical opinions; and obtain additional vocational evidence if warranted.

(Doc. 27, p. 1).

For good cause shown, the parties' Joint Motion for Remand for Further Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g) (Doc. 27) is **GRANTED**.

The final decision of the Commissioner of Social Security denying Plaintiff's application for social security disability benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

The Clerk of Court is directed to enter judgment in favor of Plaintiff.

**IT IS SO ORDERED.**

**DATED: September 16, 20200**

/s/ Mark A. Beatty
**MARK A. BEATTY**
**United States Magistrate Judge**